LINK: 20

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-2700 GAF (Ex) | Date | April 14, 2010 |
|---|---|---|---|
| Title | Midco Diving & Marine Services, Inc. v. A&P Solar Enterprises, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

### ORDER RE: MIDCO COUNSEL HEARING

The Court has received a response to its Order to Show Cause from Midco counsel Rosslyn Hummer.  The Court concludes that further inquiry into the status of Midco's representation after October 9, 2009 is necessary.  Therefore, a hearing regarding this matter for **Thursday, April 22, 2010** at 9:30 a.m.  <u>All</u> counsel of record in this action shall attend the hearing.

The Court continues to reserve its ruling regarding RHD's motion to withdraw, and concludes that addressing Midco's related application to continue pretrial and trial dates is likewise premature.  Accordingly, the application hearing presently scheduled for April 26, 2010 is hereby **VACATED**.

**IT IS SO ORDERED.**